IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NOIRE TURTON, *et al.* ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA DEPARTMENT OF ) <br> EDUCATION, *et al.*, ) <br> Defendants. ) <br> _____) | Civil No. 3:14cv446 (REP) |

### JOINT RECOMMENDATION REGARDING SANCTIONS

The parties come before the Court by Order (ECF No. 77) regarding the fashioning of appropriate sanctions. On January 16, 2015, the Honorable Robert E. Payne, Senior United States District Judge, granted Defendant Patrick T. Andriano's Motion for Sanctions. (ECF Nos. 73, 74.) On June 1, 2015, Defendant Patrick T. Andriano and counsel for Plaintiffs, Charlotte P. Hodges and Nnika E. White, with the assistance of the Honorable David J. Novak, United States Magistrate Judge, reached the following recommendation regarding appropriate sanctions in this matter.

The parties recommend that Ms. Hodges pay a total of Five Thousand Dollars and Zero Cents ($5,000.00) to Mr. Andriano as follows. Ms. Hodges shall pay One Thousand Dollars and Zero Cents ($1,000.00) not later than July 1, 2015. Beginning August 1, 2015, Ms. Hodges shall pay Two Hundred Dollars ($200.00) and Zero Cents for twenty (20) months.

The parties recommend that Ms. White pay a total of Two Thousand Dollars and Zero Cents ($2,000.00) to Mr. Andriano as follows. Beginning July 1, 2015, Ms. White shall pay One Hundred Dollars and Zero Cents ($100.00) for twenty (20) months. Ms. White shall have the option to prepay any remaining balance owed, without any prepayment penalty.

Ms. Hodges and Ms. White shall have a five (5) day grace period in which to make each of the specified payments. Failure to pay before expiration of the grace period shall be a breach of the

agreement. The Court will retain jurisdiction of his matter for purposes of the enforcement of this agreement, with the matter referred to Judge Novak for any further proceedings.

Mr. Andriano agrees to donate the received funds to the Virginia Bar Foundation.

Finally, the parties recommend that each Ms. Hodges and Ms. White shall issue to Mr. Andriano a letter of apology within ten (10) days of the filing of this recommendation.

Respectfully submitted:

_____
Charlotte P. Hodges, Esq. (VSB #41547)
B.I.G. Legal Services, PLLC
PO Box 4302
Midlothian, Virginia 23112
Tel (804) 475-5484
Fax: (804) 482-2479
biglegal10@verizon.net
*Counsel for Plaintiffs*

_____
Nnika E. White, Esq. (VSB #47012)
Law Office of White & Associates
9101 Midlothian Turnpike, Suite 800
Richmond, Virginia 23235
Tel: (804) 377-9431
Fax: (804) 377-9431
nwhite@whitelawva.com
*Counsel for Plaintiffs*

_____
S. Miles Dumville (VSB No. 15748)
Alison R. W. Toepp (VSB No. 75564)
REED SMITH LLP
Riverfront Plaza — West Tower
901 East Byrd Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410

2

mdumville@reedsmith.com
atoepp@reedsmith.com
*Counsel for Defendant Patrick T. Andriano*

Negotiated and recommended:

_____/s/_____
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: June 1, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2015, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will send notice to all registered users, including the following:

J. T. Tokarz, Esq.
Audrey J. Burges, Esq.
County of Henrico
P.O. Box 90775
Henrico, VA 23273
tok@co.henrico.va.us
ajburges@henrico.k12.va.us
*Counsel for Henrico County Defendants*

Julia B. Judkins, Esq.
Bancroft, McGavin, Horvath & Judkins
3920 University Drive
Fairfax, Virginia 22030
jjudkins@bmhjlaw.com
*Counsel for Essex County Defendants &
Nottoway County Defendants*

Wendell C. Roberts, Esq.
Mike F. Melis, Esq.
Office of the Attorney General
900 East Main Street - 4th Floor
Richmond, VA 23219
*Counsel for Defendant Commonwealth of
Virginia Department of Education*

D. Patrick Lacy, Jr., Esq.
Stacy L. Haney, Esq.
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
*Counsel for Defendants Chesterfield County
and Dr. Marcus J. Newsome*

/s/ Charlotte P. Hodges
Charlotte P. Hodges, Esq. (VSB #41547)
B.I.G. Legal Services, PLLC
PO Box 4302
Midlothian, Virginia 23112
Tel (804) 475-5484

4

Fax: (804) 482-2479
biglegal10@verizon.net
*Counsel for Plaintiffs*

_____
Nnika E. White, Esq. (VSB #47012)
Law Office of White & Associates
9101 Midlothian Turnpike, Suite 800
Richmond, Virginia 23235
Tel: (804) 377-9431
Fax: (804) 377-9431
nwhite@whitelawva.com
*Counsel for Plaintiffs*

_____
S. Miles Dumville (VSB No. 15748)
Alison R. W. Toepp (VSB No. 75564)
REED SMITH LLP
Riverfront Plaza — West Tower
901 East Byrd Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
mdumville@reedsmith.com
atoepp@reedsmith.com
*Counsel for Defendant Patrick T. Andriano*

5