IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NOIRE TURTON,
et al.,

    Plaintiffs,

v.    Civil Action No. 3:14cv446

VIRGINIA DEPARTMENT
OF EDUCATION, et al.,

    Defendants.

### ORDER

Having reviewed the JOINT RECOMMENDATION REGARDING SANCTIONS (Docket No. 79), and finding that the recommendation represents an appropriate resolution of the matter referred for resolution by the ORDER (Docket No. 77) respecting the fashioning of appropriate sanctions, it is hereby ORDERED that:

(1) Charlotte P. Hodges shall pay a total of Five Thousand Dollars ($5,000.00) to Patrick T. Andriano as follows: One Thousand Dollars ($1,000.00) not later than July 1, 2015; and, thereafter, beginning August 1, 2015, Two Hundred Dollars ($200.00) for twenty (20) months; and

(2) Nnika E. White shall pay a total of Two Thousand Dollars ($2,000.00) to Patrick T. Andriano as follows: beginning July 1, 2015, One Hundred Dollars ($100.00) for twenty (20) months, with the option to prepay any remaining balance owed, without any repayment penalty; and

(3) Charlotte P. Hodges and Nnika E. White shall have a five (5) day grace period in which to make each of the specified payments. Failure to pay before expiration of the grace period shall be a breach of the agreement; and

(4) The Court will retain jurisdiction of this matter for purposes of the enforcement of this agreement, with the matter referred to Magistrate Judge David J. Novak for any further proceedings; and

(5) Patrick T. Andriano agrees to donate the received funds to the Virginia Bar Foundation; and

(6) Charlotte P. Hodges and Nnika E. White each shall issue to Patrick T. Andriano a letter of apology within ten (10) days of the filing of the JOINT RECOMMENDATION REGARDING SANCTIONS.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 17, 2015