CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 8/31/15

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Noire Turton, et al. v. Henrico County Public Schools | Civil Action No. 3:14CV446 Judge: Payne Court Reporter: Diane Daffron, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL (✓) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by ( ) with ( ) counsel   Pro Se ( ) show cause

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS ( )

Counsel for Plaintiff(s): Charlotte Hodges  Nhika White

Counsel for Defendants: Patrick Andriano is represented by Alison Deep

SET: 10:00   BEGAN: 10:55   ENDED: 11:51   TIME IN COURT: .56

RECESSES: Ms White late arrival